ROBERT VAN VOLKENBURGH ET AL., APPELLANTS, v. CIVIL SERVICE COMMISSION OF THE STATE OF NEW JERSEY AND COUNCIL OF THE TOWN OF KEARNY, RESPONDENTS.

Submitted May 29, 1942—Decided September 18, 1942.

For the appellants, *Lord & Lord.*

For the respondents, *David T. Wilentz,* Attorney-General, and *Calvin S. Koch.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Case in the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, BODINE, DONGES, PERSKIE, PORTER, COLIE, DEAR, WELLS, RAFFERTY, HAGUE, THOMPSON, JJ. 12.

*For reversal*—None.